
RECEIVED
IN ALEXANDRIA, LA
JUL 2 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JENNIFER SUE GORSKY DUNMIRE** | : | **DOCKET NO. 2:09-cv-131** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **UNITED STATES AUTOMOBILE ASSOCIATION, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that plaintiff's claims against defendant United States Automobile Association be **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER RECOMMENDED** that this defendant be **TERMINATED FROM THIS ACTION.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 7th day of July 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE